**EXHIBIT G**

GRANTED BY COURT
04/17/2025

STEPHEN JOHN JOUARD
District Court Judge

| | |
|---|---|
| District Court, Larimer County,<br>State of Colorado<br>201 LaPorte Avenue, Suite 100<br>Fort Collins, CO 80521<br>(970) 494-3500 | DATE FILED<br>April 17, 2025 8:24 AM<br>CASE NUMBER: 2025CV30245 |
| **Plaintiff:**<br>DANIEL R. BONTZ<br><br>v.<br><br>**Defendant:**<br>STATE FARM FIRE AND CASUALTY COMPANY | ▲ COURT USE ONLY ▲ |
| *Attorneys for State Farm Fire and Casualty Company:*<br><br>L. Michael Brooks, Jr., #25975<br>Paul D. Dinkelmeyer, #38371<br>THOMPSON, COE, COUSINS, & IRONS, LLP<br>1700 Broadway, Suite 900<br>Denver, Colorado 80290<br>Telephone: (303) 830-1212<br>Email: mbrooks@thompsoncoe.com<br>pdinkelmeyer@thompsoncoe.com | Case No: 2025CV30245<br><br>Division: 5A |

**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT UNTIL APRIL 29, 2025**

Defendant, State Farm Fire and Casualty Company ("State Farm" or "Defendant"), by and through its counsel, L. Michael Brooks, Jr. and Paul D. Dinkelmeyer of Thompson, Coe, Cousins, & Irons, LLP, and for its Unopposed Motion for Enlargement of Time to Respond to Complaint Until April 29, 2025 ("Motion"), states as follows:

**CERTIFICATE OF CONFERRAL**

Pursuant to C.R.C.P. 121, § 1-15(1), counsel for Defendant State Farm Fire and Casualty Company conferred with Patrick C. McGinnis, Esq. of Chad T. Wilson Law Firm, PLLC, counsel

of record for Plaintiff, Daniel R. Bontz. Mr. McGinnis advised that Plaintiffs have no objection to the relief requested herein such that Defendant's Motion is unopposed.

## ARGUMENT

1. As set forth in Plaintiff's Complaint, this case involves a first-party insurance claim made by Plaintiff Daniel R. Bontz seeking to recover for alleged damage to his property from a hailstorm that occurred on or about July 20, 2024. Plaintiff avers that at the time of the subject storm he had a homeowner's insurance policy with State Farm that provides coverage for his claimed loss. The parties were unable to reach a resolution of Plaintiff's claim and this litigation ensued.

2. Plaintiff contends that State Farm did not properly handle his insurance claim and filed suit. In his Complaint, Plaintiff asserts the following three causes of action: (1) Breach of Contract; (2) Bad Faith Breach of Insurance Contract; and (3) Violation of C.R.S. § 10-3-1113, 10-3-1115 and Relief Pursuant to § 10-3-1116.

3. Pursuant to a Return of Service on file with the Court, service of the Complaint was made on State Farm on March 25, 2025, by serving State Farm's registered agent, the Corporation Service Company. Accordingly, based on this date of service, the deadline for an Answer or other responsive pleading by State Farm is April 15, 2025. *See* C.R.C.P. 12(a)(1). State Farm respectfully requests a two-week enlargement of time to respond to Plaintiff's Complaint up to and including **April 29, 2025.**

4. State Farm's request for this two-week enlargement of time to respond to Plaintiff's Complaint is being made in good faith. The undersigned counsel was just recently retained to

***EXHIBIT G***

represent State Farm in this case and additional time is required in order to obtain and review information necessary to respond to Plaintiff's Complaint.

5. State Farm is based outside of Colorado and is in the process of compiling and forwarding voluminous claim file materials that need to be reviewed by counsel in order to respond to specific factual allegations in this case. Pursuant to C.R.C.P. 6, this Court is vested with broad discretion to enlarge the time in which to conduct requisite actions, including the filing of an Answer. C.R.C.P. (6)(b)(2); *see also People v. McBeath*, 709 P.2d 38 (Colo. App. 1985).

6. It is respectfully submitted that State Farm's Motion should be granted and the time to respond to Plaintiffs' Complaint enlarged up to, and including, **April 29, 2025**. Once again, Plaintiff has no objection to this relief, and thus will not suffer any prejudice. It is further submitted that the granting of State Farm's Motion will likewise not result in any prejudice to the Court or cause any undue delay in the prosecution of this action.

7. A copy of this Motion is being served upon State Farm as required by C.R.C.P. 121, § 1-11.

**WHEREFORE**, Defendant State Farm Fire and Casualty Company respectfully requests that this Court issue an Order: (1) granting State Farm's Motion and enlarging State Farm's time to respond to Plaintiffs' Complaint up to, and including, **April 29, 2025**; and (2) for such other and further relief as this Court deems just and proper under the circumstances. A proposed Order is submitted simultaneously herewith for consideration by the Court.

Dated this 15th day of April 2025.

***EXHIBIT G***

Respectfully submitted,

**THOMPSON, COE, COUSINS, & IRONS, LLP**

*S/ L. Michael Brooks, Jr.*

L. Michael Brooks, Jr., #25975
Paul D. Dinkelmeyer, #38371

*Attorneys for Defendant*

*[Original Signature on File at the Office of Thompson, Coe, Cousins, & Irons, LLP]*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of April 2025, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT UNTIL APRIL 29, 2025** was filed with the Clerk of Court using the Colorado Courts E-Filing System, and served upon the following counsel of record in this action:

Chad T. Wilson, #50736
Patrick C. McGinnis, #52194
Chad T. Wilson Law Firm, PLLC
455 E. Medical Center Blvd., Suite 555
Webster, Texas 77598
Phone: (833) 942-0678
Email: eservice@cwilsonlaw.com
cwilson@cwilsonlaw.com
pmcginnis@cwilsonlaw.com

*Attorney for Plaintiff*

*/s/ Karen M. Zajac*

Karen M. Zajac, Legal Assistant

*[Original Signature on File at the Office of Thompson, Coe, Cousins, & Irons, LLP]*