UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO 80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# M E M O R A N D U M

**TO:** Jeffrey P. Colwell, Clerk
Attn: Docketing Team

**FROM:** Judge John L. Kane

**DATE:** April 24, 2025

**RE:** Civil Action No. **25-cv-01286-JLK**, *Bontz v. State Farm Fire and Casualty Company*

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.