IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Cyrus Y. Chung**

Civil Action No: 25-cv-01286-PAB-CYC
Courtroom Deputy: Stephanie Price

Date: May 28, 2026
FTR: Courtroom C201

| *Parties:* | *Counsel:* |
|---|---|
| DANIEL R. BONTZ, | Patrick Connell McGinnis (Phone) |
| Plaintiff, | |
| v. | |
| STATE FARM FIRE AND CASUALTY COMPANY, | Lawrence Michael Brooks, Jr. |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**
**FINAL PRETRIAL CONFERENCE**

**11:30 a.m. Court in session.**

The Court calls the case. Appearances of counsel.

Discussion regarding the proposed Final Pretrial Order [ECF No. 39].

For the reasons stated on the record, it is

**ORDERED:** The proposed Final Pretrial Order which was submitted to the court is approved with the modifications stated on the record and is made an order of court.

**TRIAL** Upon the entry of the Final Pretrial Order, Chief Judge Brimmer's Chambers will enter an Order Setting a Trial Preparation Conference and Trial.

- A Trial Preparation Conference will be held on June 4, 2027 at 1:30 p.m. before Judge Philip Brimmer.
- A five-day Jury Trial will commence on June 21, 2027 before Judge Philip Brimmer.

The Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of

the judicial officer assigned to try this case on the merits.

**11:38 a.m. Court in recess.**

Hearing concluded.
Total time in court: 0:08

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.